**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOE HAROLD CURRY**

**V.**                             **4:05-CR-00090-02WRW
                                   4:08-CV-01600-WRW**

**UNITED STATES OF AMERICA**

**ORDER**

Pending is Petitioner's Motions to Vacate Under 28 U.S.C. § 2255 (Doc. No. 57).

**I.    BACKGROUND**

On November 3, 2005, Petitioner pled guilty to Count 2 of the Indictment -- conspiracy to distribute more than 40 kgs of cocaine hydrochloride, a violation of 21 U.S.C. § 846.[1]  On March 10, 2006, Petitioner was sentenced to 204 months in prison,[2] and the Judgment was entered on March 13, 2006.[3]  Petitioner did not file an appeal with the Eighth Circuit Court of Appeals.

**II.   DISCUSSION**

There is a one-year statute of limitations for actions brought under 28 U.S.C. § 2255.[4]  Since Petitioner did not file an appeal with the Eighth Circuit Court of Appeals, his one-year period to file a § 2255 motion began on March 23, 2006,[5] and expired on March 23, 2007.  Petitioner's motion is dated August 14, 2008[6] -- 510 days after the statute of limitations expired.

---

[1] Doc. No. 39.

[2] Doc. No. 49.

[3] Doc. No. 52.

[4] 28 U.S.C. § 2255, ¶6.

[5] Unappealed federal criminal judgments become final when the time for filing a direct appeal expires.  See *Moshier v. United States*, 402 F.3d 116, 118 (2d Cir. 2005).

[6] Doc. No. 57.

## CONCLUSION

Since it was filed after the expiration of limitations provisions of § 2255, Petitioner's Motions to Vacate Under 28 U.S.C. § 2255 (Doc. No. 57) is DENIED.

IT IS SO ORDERED this 22nd day of August, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE