IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

  vs.        4:05CR00090-02-WRW

HAROLD JOE CURRY

## AMENDED JUDGMENT & COMMITMENT

This matter came for a Hearing before the Honorable Bill Wilson on the pending Motion for Reconsideration of the Order Denying the Motion to Vacate, Set Aside or Correct filed by Harold Joe Curry. After hearing from the parties, the Court vacated its Order denying the Motion to Vacate, Set Aside or Correct Sentence (Doc. No. 59) and found Defendant's Motion to Vacate, Set Aside or Correct Sentence (Doc. No. 57) and Defendant's Motion for Reconsideration (Doc. No. 60) MOOT.

The Government's oral Motion for a Rule 35 Departure was GRANTED. Defendant's 204-month term of imprisonment ordered on March 13, 2006, is reduced to a total term of imprisonment of 144 months. The remaining terms and conditions of Defendant's sentence in this case remain in full force and effect.

IT IS SO ORDERED this 9th day of December, 2008.

                /s/Wm. R. Wilson, Jr.
                UNITED STATES DISTRICT JUDGE

ord.rule35.Curry.wpd